UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
\_\_\_\_\_

ANDRE YARBROUGH,

        Plaintiff,        Case No. 2:25-cv-41

v.        Honorable Phillip J. Green

UNKNOWN PATTISON,

        Defendant.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: March 14, 2025        /s/ Phillip J. Green
                                              PHILLIP J. GREEN
                                              United States Magistrate Judge